**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   M-98-0129 |
| | § | |
| MARIO GARCIA, JR., ET AL. | § | |

### NOTICE OF CHANGE OF COUNSEL FOR THE UNITED STATES

The United States hereby gives notice to the Court and to the defendant through his counsel that the counsel for the United States assigned to this case has changed.   The new counsel for the United States who is responsible for the litigation of this case is Joseph T. Leonard, Assistant United States Attorney.

Please send all correspondence, notices, orders, and other communications to Assistant United States Attorney Joseph T. Leonard.

Respectfully submitted,

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By:    */s/ Joseph T. Leonard*
Joseph T. Leonard
Assistant United States Attorney
United States Attorney's Office
1701 West Highway 83, Suite 600
McAllen, TX   78501
(956) 618-8010