UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  M-98-0129-(01) & (02) |
| | § | |
| MARIO GARCIA, JR. | § | |
| VICTOR HUGO ROJAS | § | |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES

The United States hereby gives notice to the Court and the defendants, MARIO GARCIA, JR. and VICTOR HUGO ROJAS, that the counsel for the United States assigned to this case has changed.    The new counsel for the United States who is responsible for the litigation of this case is James H. Sturgis, Assistant United States Attorney.

Please send all correspondence, notices, orders, and other communications to Assistant United States Attorney James H. Sturgis.

              Respectfully submitted,

              RYAN K. PATRICK
              UNITED STATES ATTORNEY


      By:  _/s/James H. Sturgis_
          James H. Sturgis
          Assistant United States Attorney
          United States Attorney's Office
          Bentsen Tower
          1701 West Highway 83
          Suite 600
          McAllen, Texas    78501
          (956) 618-8010 (x9359)